# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY TOKUNBA OLA, JR., <br><br> Plaintiff, <br><br> v. <br><br> PAUL SINCLAIR, et al., <br><br> Defendants. | Case No. EDCV 16-2294-JLS (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: April 25, 2017

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE